# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELGINE WILSON FURLOW,

        **Plaintiff,**

-vs-                                  **Case No. 6:11-mc-112-Orl-31GJK**

SAVERITE GROCERY STORE,

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. No. 1)** |
| **FILED:** | **October 14, 2011** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the case be dismissed.

On October 14, 2011, Elgine Wilson Furlow (the "Plaintiff") filed an Application to Proceed In District Court Without Prepaying Fees or Costs (the "Motion"). Doc. No. 1. Attached to the Motion is a handwritten complaint alleging ownership of a grocery store and two handwritten letters to the undersigned asking for business records. Doc. No. 1-1. As this Court has previously noted, Plaintiff is a frequent filer of at least ten non-meritorious actions in federal court without paying a filing fee. On April 19, 2008, in *Furlow v. McClinton*, Case No. 6:07-cv-1996-Orl-31DAB, Doc. No. 19 (M.D. Fla. 2008), the Court stated the following:

A review of this Court's records reveals that this is at least the tenth time Plaintiff has filed a non-meritorious law suit in federal court without paying a filing fee. This Court has "both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *Martin-Trigona v. Shaw*, 986 F.2d 1384, 1386-87 (11th Cir. 1993). Therefore, this Court has the power to permanently enjoin Plaintiff from filing or attempting to initiate any new lawsuit in any federal court in the United States without first obtaining leave of that federal court. *Id*. at 1387.

*Id*. at 2 (footnote omitted). The Court then entered the following order and injunction:

Until such time as this Court may order otherwise, Elgine Wilson Furlow and any individual or entity acting or purporting to act on his behalf are hereby **ENJOINED** from filing any complaint, claim for relief, suit, controversy, cause of action, grievance, writ, petition, accusation, charge, or any other similar instrument (collectively an "Action") in this Court **without first being granted leave by this Court to do** so. . . .

Any Action Furlow . . . seeks to file must be preceded by a Motion for Leave to File addressed to this Court. The filing by Furlow of any Action without prior consent of this Court will be considered in violation of this injunction and will subject Furlow to the possibility of additional penalties, up to and including criminal contempt sanctions. . . .

*Id*. at 2 (emphasis in original). In the present case, Plaintiff has failed to file a Motion for Leave to File

prior to commencing this action. Thus, Plaintiff has failed to comply with the Court's injunction.[1]

Based on the forgoing, it is recommended that the Court:

1) **DENY** the Motion (Doc. No. 1);

2) **DENY** all pending motions as moot; and

2) Direct the Clerk to close the case and not to accept any further pleadings, motions, or other documents from Plaintiff in this case.

---

[1]Recently, Plaintiff also sought to file four similar civil rights complaints without complying with the injunction. *See* 11-mc-108-Orl-31GJK, Doc. Nos. 1-4 (M.D. Fla. Sept. 6, 2011). The Court entered an order striking those complaints for failing to comply with the injunction. *Id*. at Doc. No. 5.

**The Clerk is directed to send a copy of this Report and Recommendation to Plaintiff by Certified Mail.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Recommended** in Orlando, Florida on November 18, 2011.

Copies furnished to:

Presiding District Judge
Unrepresented Parties

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE