# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE WILSON FURLOW,**

        **Plaintiff,**

**-vs-**                **Case No. 6:11-MC-112-Orl-31GJK**

**SAVERITE GROCERY STORE,**

        **Defendant.**

_____

## ORDER

On November 18, 2011, Magistrate Judge Kelly entered a Report and Recommendation (Doc. 3), recommending that Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 1) be DENIED. Plaintiff filed timely objections to the Report (Doc. 5). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

  **ORDERED** that:

  1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

  2. The Application to Proceed in District Court without Prepaying Fees or Costs is DENIED.

  3. Any pending motions are DENIED and the Clerk is directed to close the case.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2011.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

                        _____  
                        GREGORY A. PRESNELL  
                        UNITED STATES DISTRICT JUDGE