# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE WILSON FURLOW,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-mc-112-Orl-31GJK**

**SAVERITE GROCERY STORE,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Affidavit Accompanying Motion for Permission to Appeal *in forma pauperis* (Doc. No. 9) filed December 23, 2011; the Motion to Support Order Correct Error Unconstitutional Order 6th Amendment and 14th U.S. Constitution (Doc. No. 10) filed December 22, 2011; and the Motion Order to Show Cause Appeal to the Order Unlawful Court Order 6th Amendment U.S. Constitution Law American Disability Act (Doc. No. 11) filed December 22, 2011.

On January 9, 2012, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motions be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.　The Motion to Appeal *in forma pauperis* is **DENIED**. The Court finds and CERTIFIES that the appeal is not taken in good faith.

3. The motions filed at Doc. Nos. 10 and 11 are **DENIED** for failing to comply with the Court's injunction.

4. The Clerk of Court is directed to serve a certified copy of this ruling on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit and a copy to Plaintiff by Certified Mail.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 30th day of January, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party